REDACTED COPY

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08- 109 |
| Plaintiff, : | |
| v. : | |
| : | |
| ISMAEL LOPEZ-CRUZ, : | |
| : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 24, 2008, in the State and District of Delaware, ISMAEL LOPEZ-CRUZ, defendant herein, an alien and citizen of Mexico, was found in the United States, and was knowingly in the United States, after having been deported and removed therefrom on or about May 8, 2008, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States, nor the Undersecretary for Border Transportation, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney
Dated: July 24, 2008.