IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-109-SLR |
| ISMAEL LOPEZ-CRUZ, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 18th day of August, 2008,

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Tuesday, September 2, 2008** at **4:45 p.m.**, with the court initiating said call.

2. The time between this order and **September 2, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

                                                                                                                                  _____
United States District Judge