IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ISMAEL LOPEZ-CRUZ,  )<br>  )<br>Defendant.  ) | Crim. No. 08-109-SLR |

O R D E R

At Wilmington this 3d day of September, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Thursday, September 25, 2008** at **3:30 p.m.**, with the court initiating said call.

2. The time between this order and **September 25, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge